37467. SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY *v.* BRACKIN, by Next Friend.

FELTON, Chief Judge. The Supreme Court of Georgia having reversed the judgment of this court on certiorari (*Southern Bell Tel. & Tel. Co.* v. *Brackin*, 215 *Ga.* 225, 109 S. E. 2d 782), the original judgment of this court is vacated and the judgment of the trial court overruling the telephone company's motion for a judgment notwithstanding the verdict is reversed with direction that a judgment be entered in accordance with the motion for judgment notwithstanding the verdict.

*Judgment reversed with direction. Quillian and Nichols, JJ., concur.*

DECIDED OCTOBER 7, 1959.

*Smith, Kilpatrick, Cody, Rogers & McClatchey, Jack Paul Etheridge, Welborn B. Cody,* for plaintiff in error.

*Lewis & Lewis, T. J. Lewis, Jr., Robt. M. McCartney,* contra.